UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JACKIE NOLEN, SR. | CIVIL ACTION NO. 16-cv-1580 |
| VERSUS | JUDGE WALTER |
| CHARLIE PARK, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** for lack of subject-matter jurisdiction.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 14 day of December, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE